UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIE J. JONES,

                    Plaintiff,                   19 **CIVIL** 5542 (LGS)

        -against-                       **<u>JUDGMENT</u>**

ANDREW M. SAUL, Commissioner of Social Security,
                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated September 28, 2020, the Report is ADOPTED in its entirety. Plaintiff's motion for judgment on the pleadings is GRANTED, Commissioner's motion for judgment on the pleadings is DENIED and the case is REMANDED to the Commissioner for further proceedings consistent with the Report.

**Dated:** New York, New York
           September 29, 2020

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                  **BY:**    _K. Mango_
                                                               **Deputy Clerk**